# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: CRAWFORD; MACKEY JR.;
COOK AND CHISOLM ET. AL.,
THIS INCLUDES THE
INTERVENORS LISTED IN THE
OHIO COMPLAINT

MDL - _____

*PRO SE* PLAINTIFF(S) MOTION TO TRANSFER ACTIONS TO THE

PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR
CONSOLIDATED PRETRIAL PROCEEDINGS

COMMON QUESTION OF LAW; FRAUD UPON THE COURT SEEKING 4TH. CIRCUIT
DISQUALIFICATION.          (Provide basis for Motion)

Pursuant to 28 U.S.C. § 1407, Plaintiff(s) LAWRENCE L. CRAWFORD ET. AL.,     in the

 IN THE (4) DISTRICT COURT   case(s) respectfully move(s) this Panel for an Order

transferring actions to the N.J. DISTRICT COURT  for coordinated or consolidated pre-

trial proceedings. SEEKING TO INVOKE THE MAGISTRATE STATUTE AND HAVE

JUDGE JACQUELYN AUSTIN SIT UPON THE PROCEEDINGS DUE TO

DEFAULT EMERGING FROM CRAWFORD STATE CASES RELIED UPON CASES  LISTED

because: THE 4TH. CIRCUIT IN FRAUD HAVE OBSTRUCTED RULING FOR 16+ YEARS
(In numbered paragraphs, briefly list main reasons the Motion should be granted. Attach additional sheets of paper if

necessary; more detail must be provided in a Memorandum in Support accompanying the Motion.)

1.  IN CASE 21-cv-02526-TLW-MHC; 9:20-cv-02139-TLW-MCH AND OTHER CASE

 RELATED THE 4TH. CIRCUIT IN FRAUD UPON THE COURT CONTINUALLY IN

 AN ABUSE OF DISCRETION DISMISSED CLAIMS TO PREVENT ACTION FROM

 APPROPRIATELY, JUSTLY BEING LEVIED AT THE UNITED STATES, S.C. AND

 THE OTHER INVOLVED PARTIES BEHIND RELIGIOUS AND RACIAL HATRED IN
                          1-of-4

2 VIOLATION OF 42 U.S.C. §§ 1985(2)(3) AND 1986; 18 U.S.C. §
1001. EI. ALSO INVOLVING THE CLAIM OF DENIAL OF PRESCRIBED
MEDICAL TREATMENT FOR OVER (5) YEARS ALSO IGNORING THREAT OF
3 IMMINENT DANGER CLAIMS; THE S.C. DISTRICT COURT AND 4TH. CIR-
CONSPIRING UNDER COLOR OF LAW OBSTRUCT REVIEW OF RIGHTS RE-
RELIEF FOR THE TRANSATLANTIC SLAVE TRADE AND RIGHTS UNDER THE
4 FOREIGN SOVEREIGN IMMUNITY ACT. LEGAL CLAIMS MADE TRUE BY THE
THE DEFAULT EMERGING FROM THE CRAWFORD STATE CASE(S) 2006-CP-400-
3567, 3568, 3569; 2013-CP-400-0064, 2294 OUT OF THE RICHLAND
5 COUNTY S.C. COURT OF COMMON PLEAS BASED UPON THE PROCEDURAL
PROCESSING RULE RELIED UPON ALSO BASED UPON CONTRACT, COVENANT,
PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONST., THE 1st. AMEND
AND STATE AND FEDERAL PROBATE LAW. SEE COMPLAINT UNDER CASE(S)
2:23-cv-02962-JLG-CHG (OHIO D.C.), 3:24-cv-00028-JMH (KENTUCKY)

Said Motion is based upon the attached Memorandum in Support OF DISQUALIFYING THE 4TH.
CIRCUIT AND § 1407 TRANSFER [identify all other supporting documents that are being submitted with
the Motion] and all of the files, records, and proceedings herein. THE OHIO COMPLAINT; EXHIBITS
FOREIGN SOVEREIGN # 1; TRUSTEE: THREAT OF IMMINENT DANGER # 1.
ALSO EXHIBIT(S) "THREAT OF IMMINENT DANGER #'s 1 AND 2";
EXHIBIT: "CASE 1:23-cv-03424-TWT"; SC state PCR filings.

Signed this 9 day of MARCH , 20 24

Signature of Party

Mailing Address    LAWRENCE L. CRAWFORD AKA

#300839 K.C.I. HD-134

KERSHAW, S.C. 29067

Telephone Number

2-of-4

Note:  Each party filing the Schedule of Actions must date and sign the document and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The Schedule of Actions must be served on each party or representing attorney, together with the Motion and Memorandum in Support and other accompanying documents.

JEREMIAH MACKEY JR.

3399 CLARKSTON AVENUE

COLUMBUS, OHIO 43232

_____

SIGNATURE

ANTHONY COOK

#115157 K.C.I. HU-A POD

4848 GOLD MINE HWY.

KERSHAW, S.C. 29067

_____

SIGNATURE

ALTON CHISOLM

4546 BROAD RIVER ROAD

COLUMBIA, S.C. 29210

_____

SIGNATURE

MARCH 13, 2024

3-of-3

FOR THE RECORD, IT IS THE LEAD PLAINTIFF(S) UNDERSTANDING THAT IT IS ONLY REQUIRED THAT THEY, AS THE PLAINTIFFS, BE REQUIRED TO SIGN THE MOTION AND NOT THE THIRD PARTY INTERVENORS TO THESE PROCEEDINGS LISTED WITHIN THE OHIO AND KENTUCKY DISTRICT COURTS COMPLAINTS. NONETHELESS, THE PLAINTIFFS GIVE THE MULTI-DISTRICT LITIGATION PANEL AND ALL PARTIES JUDICIAL NOTICE THAT IN AN ABUNDANCE OF CAUTION THAT A COPY OF THIS MOTION AND MEMORANDUM SHALL BE SERVED ON BOTH THE S.C. ATTORNEY GENERAL AND THE S.C. DEPT. OF CORRECTIONS VIA THEIR ATTORNEY ON RECORD WITHIN THE CRAWFORD STATE CASES RELIED UPON WHICH ESTABLISH THE DEFAULT WHERE THE INTERVENORS INVOLVED ARE SEEKING TO EXERCISE RIGHTS OF NON PARTY RES JUDICATA AND OR COLLATERAL ESTOPPEL. THE S.C. DEFENDANTS ATTORNEY OF RECORD REFERRED TO IS AT THE MCKAY LAW FIRM IN THE FORM OF ATTORNEY JACOB BILTOFT 3700 FOREST DRIVE SUITE 404 COLUMBIA, S.C. 29204 (POST OFFICE BOX 7217) COLUMBIA, S.C. 29202 PHONE NUMBER (803) 795-2149. THE   DATE   THAT   THE PLAINTIFFS ANTHONY COOK, JEREMIAH MACKEY JR. AND ALTON CHISOLM SIGNED THIS MOTION IS MARCH 13, 2024.

WE ALSO GIVE THE MULTI-DISTRICT LITIGATION PANEL AND ALL PARTIES JUDICIAL NOTICE THAT COPY OF THE MOTION AND MEMORANDUM SHALL BE SERVED ON THE TWO CASES PETITIONED TO BE REMOVED THAT ARE PENDING WITHIN THE STATES OF NEW YORK AND GEORGIA, ALSO THE STATE OF MISSOURI WHERE THESE CASES ARE SOUGHT AS TAG ALONG CASES. THIS ALSO INCLUDES THE STATE OF ARIZONA.

THE CASE NUMBERS AND PARTIES FOR THE SOUTH CAROLINA PCR CASES ARE SEEN WITHIN THE DEFAULT DOCUMENTS FOR EACH PCR IN QUESTION HEREWITH ATTACHED. ROBERT JEFFERIES PCR AND PARTIES IN SEEN WITHIN HIS ATTACHMENT AND THE NEW YORK STATE CASE OF THE PEOPLE OF NEW YORK v. JOHNATHAN MAJORS IS CASE NUMBER CR-008579-23 N.Y. IN THE CITY OF NEW YORK.

https://mail.google.com/mail/u/0/#inbox?projector=1